UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT L KING,<br><br>                    Plaintiff,<br><br>   v.<br><br>LT. STACH, et al.,<br><br>                    Defendants. | CASE NO. C16-1420-JCC-BAT<br><br>**ORDER DENYING MOTION TO VOID POWER OF ATTORNEY** |

Pro se plaintiff Robert L. King moves the Court to void a Power of Attorney and to enter an order "directing Defendant to comply to any and all filing by Plaintiff while housed in Whatcom County Jail." Dkt. 35. For the reasons discussed below, the motion is **DENIED without prejudice**.

Plaintiff first asks that this Court void a Power of Attorney granted to Matthew Silva of Seattle Law. Dkt. 35 at 1. There is no indication that Mr. Silva or Seattle Law have any connection with this case, and nothing before this Court suggests it has jurisdiction over the matter. The Court therefore declines to grant plaintiff's request.

As for the remainder of plaintiff's motion, the Court finds it difficult to discern whether any request for relief may be granted. Plaintiff asserts that on March 28, 2017, he was transferred to Whatcom County Jail, where he was placed in segregation without reason and

1 | denied access to the jail law library. Dkt. 35 at 2. These claims appear to be new and unrelated
2 | to the claims raised in plaintiff's complaint. *See* Dkt. 15. Additionally, the Court observes that
3 | plaintiff makes no request for relief to redress these grievances. Accordingly, the Court declines
4 | to review them.

Plaintiff also suggests he is still awaiting responses to discovery requests. Dkt. 35 at 3. But plaintiff offers no facts indicating any responses are untimely or otherwise objectionable.[1] Thus, it is not clear whether plaintiff raises, or even intends to raise, a meritorious discovery dispute. The Court therefore also declines to address this portion of plaintiff's motion at this time.

Plaintiff's motion, Dkt. 35, is **DENIED without prejudice**.

The Clerk is directed to send a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 20th day of April, 2017.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

---

[1] Plaintiff is reminded that Local Rule 37(a)(1) and Federal Rule of Civil Procedure 37(a)(1) provide that any motion to compel discovery must certify that the movant has made a good faith effort to meet and confer with the allegedly offending party in an effort to resolve any dispute without court action. *See* Local Rules W.D. Wash. LCR 37(a)(1); Fed. R. Civ. P. 37(a)(1).

ORDER DENYING MOTION TO VOID
POWER OF ATTORNEY - 2