UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT L. KING, | |
| Plaintiff, | CASE NO. C16-1420-JCC-BAT |
| v. | **ORDER GRANTING MOTION TO CONTINUE DEADLINES** |
| LT. STACH, et al., | |
| Defendants. | |

Pro se plaintiff Robert L. King submitted a "Motion for Continuation" on June 29, 2017. Dkt. 41. The motion is unopposed. *See generally* Dkt. The Court **GRANTS** the motion as described below.

Defendants moved the Court for summary judgment on June 21, 2017; the motion was properly noted for July 14, 2017. Dkt. 37. On June 29, 2017, plaintiff sought a 90 day extension because 1) he lost and/or misplaced property pertaining to this case in transport between the Washington State Penitentiary in Walla Walla and Whatcom County Jail on June 7, 2017; and 2) he has encountered difficulties accessing the law library due to conflicting mental health and other appointments required before his impending release from custody. Dkt. 41. The Court construes plaintiff's motion as a motion to continue all pending deadlines. At the time plaintiff filed his motion on June 29, 2017, the only pending deadlines were those arising from

ORDER GRANTING MOTION TO
CONTINUE DEADLINES - 1

1  defendants' motion for summary judgment, imposed by Local Civil Rule 7(d).  *See* Dkts. 22, 37;

2  LCR 7(d).  Accordingly, the Court **GRANTS** plaintiff's request for an extension and **ORDERS**

3  plaintiff to respond to defendants' motion for summary judgment (Dkt. 37) no later than

4  **Monday, October 9, 2017**.  Defendants may file their reply no later than **October 13, 2017**.

5        Plaintiff has indicated he will be eligible for release in the near future.  Dkt. 41.  The

6  Court reminds plaintiff he must notify the Court of any change of address or telephone number

7  within ten (10) days of the change.  LCR 10(f).  Additionally, if mail directed to a *pro se* plaintiff

8  is returned, and if the plaintiff fails to notify the court and opposing parties of his current

9  address, the Court may dismiss the action without prejudice.  LCR 41(b)(2).

10        The Clerk shall provide a copy of this Order to plaintiff and to counsel of record.

11        DATED this 17th day of July, 2017.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

ORDER GRANTING MOTION TO
CONTINUE DEADLINES - 2