UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT L. KING, | CASE NO. C16-1420-JCC |
| Plaintiff, | ORDER |
| v. | |
| LIEUTENANT STACH, *et al.*, | |
| Defendants. | |

The Court, having reviewed Defendants' motion for summary judgment (Dkt. No. 37), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 48), and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. 37) is GRANTED and this matter is DISMISSED WITH PREJUDICE.

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 17th day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE